UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY ROSE, et al., | ) | CASE NO. 1:23-CV-713 |
| | ) | |
| Plaintiffs, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The Parties, by and through undersigned counsel, hereby give notice that this case has been resolved. The Parties are currently working to complete final paperwork, which they expect to complete within forty-five (45) days, and hereby request a date certain by which to present this Court an agreed Dismissal Entry.

Respectfully submitted,

/s/ Ryan C. Puckett
RYAN C. PUCKETT (0102389)
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2306 Park Avenue
Cincinnati, OH 45206
T: 513-444-4444, ext. 113
F: 513-812-3690
rpuckett@maislinlaw.com
*Counsel for Plaintiffs*

/s/ Edward D. Papp
EDWARD D. PAPP (0068574)
Bonezzi Switzer Polito & Perry Co., L.P.A
1300 East 9th Street, Suite 1950
Cleveland, OH 44114
T: 216-875-2055
F: 216-875-1570
epapp@bspplaw.com

and

DAVID C. COMSTOCK, JR. (0040145)
Bonezzi Switzer Polito & Perry Co., L.P.A.
3701B Boardman-Canfield Road, Suite 101
Canfield, OH 44406
T: 330-286-3701
F: 330-286-3745

dcomstock@bspplaw.com

*Counsel for Defendant Allstate Indemnity Company*

## CERTIFICATE OF SERVICE

This will certify that the foregoing Notice of Settlement was filed via the Court's electronic filing system and was served via electronic mail on this 9th day of September, 2025, upon the following:

RYAN C. PUCKETT (0102389)
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2306 Park Avenue
Cincinnati, OH 45206
rpuckett@maislinlaw.com
*Counsel for Plaintiffs*

*/s/ Edward D. Papp*
EDWARD D. PAPP (0068574)
DAVID C. COMSTOCK, JR. (0040145)
Bonezzi Switzer Polito & Perry Co., L.P.A.
*Counsel for Defendant Allstate Indemnity Company*